AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

EDWARD VAN LANG,

    Petitioner,

                JUDGMENT IN A CIVIL CASE

        V.

                CASE NUMBER:   CV406-119

AL ST. LAWRENCE,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order of June 7, 2006, adopting the Report and Recommendation of the United States Magistrate Judge as the opinion of the Court and dismissing Petitioner's instant Section 2254 petition, Judgment of Dismissal is hereby entered.

| | |
|---|---|
| June 7, 2006 | Scott L. Poff |
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/1/03